**TAP ROOM, LLC and Lance Lenger, Respondents,**

v.

**Donald Smiley ABBEY, II, Appellant.**

No. WD 66945.

Missouri Court of Appeals, Western District.

Jan. 22, 2008.

Dennis Owens, Kansas City, MO, for appellant.

Matthew S. Volkert, Columbia, MO, for respondents.

Before VICTOR C. HOWARD, Chief Judge, PATRICIA BRECKENRIDGE, Judge[1] and JOSEPH M. ELLIS, Judge.

## ORDER

PER CURIAM.

Donald Abbey appeals from a judgment and award of damages in favor of Respondents Lance Lenger and Tap Room, LLC in connection with the sale of a restaurant. After a thorough review of the record, we find that the judgment is supported by substantial evidence, is not against the weight of the evidence, and that no error of law appears. An extended opinion would have no precedential value, but a memorandum explaining our reasoning has been provided to the parties.

Judgment affirmed. Rule 84.16(b).